Submitted May 27, affirmed June 10, 1971

## STATE OF OREGON, *Respondent, v.*
## LARRY CURTIS NICHOLS, *Appellant.*

485 P2d 634

Gary D. Babcock, Public Defender, Salem, for appellant.

John L. Snyder, District Attorney, Dallas, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

Defendant upon trial by the court was found guilty of burglary not in a dwelling under ORS 164.240. His sole assignment of error on appeal is that the court erred in failing on its own motion to find the defendant not guilty because he was too intoxicated from ingestion of alcohol and tranquilizers to form the requisite criminal intent.

Even if this assignment of error was properly before us, it would avail the defendant nothing. The trial judge specifically found that the defendant had the capacity to formulate the intent necessary to the crime charged, and the record discloses ample evidence to support the judge's finding.

Affirmed.